NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RICHARD CRAIG, DOC #059637,  )
                             )
            Appellant,       )
                             )
v.                           )   Case No. 2D18-3227
                             )
STATE OF FLORIDA,            )
                             )
            Appellee.        )
_____ )

Opinion filed April 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess, III,
Judge.

Richard Craig, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.